# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 29, 2025
Lyle W. Cayce
Clerk

No. 24-10803

Jacqueline Jones,

　　　　　　　　　　　　　　　　　　*Plaintiff—Appellant*,

versus

City of Dallas, Texas,

　　　　　　　　　　　　　　　　　　*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-1477

_____

JUDGMENT

Before Jones, Graves, *Circuit Judges*, and Rodriguez, *District Judge*.

　　This cause was considered on the record on appeal and was argued by counsel.

　　IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

　　IT IS FURTHER ORDERED that *Appellant* pay to *Appellee* the costs on appeal to be taxed by the Clerk of this Court.

No. 24-10803

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.